# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 08-po-01022 |
| COTTER CORPORATION | John Watson<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 703, 707(a) | Unlawful Taking of Migratory Birds | October 21, 2005 | 1 |

Defendant to be on unsupervised probation for a period of one year. Defendant will perform community service by making a $15,000 donation to the National Fish and Wildlife Foundation. Defendant to submit an environmental compliance plan to the National Fish and Wildlife Foundation within 90 days. Defendant to comply with the terms and conditions of the plea agreement.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney. The special assessment fee is to be paid within 10 days.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $50.00 | $15,000.00 |

March 12, 2008
Date of Imposition of Judgment

s/ Kathleen M. Tafoya
Signature of Judicial Officer

Kathleen M Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

March 17, 2008
Date